UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUAN U. MORILLO, )<br>)<br>Defendant. ) | Civil Action No. 04-11214-PBS |

### UNITED STATES' MOTION FOR DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, moves this Court to enter a default against the defendant, Juan U. Morillo (hereinafter "Morillo"), for failing to plead to, or otherwise defend, the complaint for the above captioned action.

In support, the United States says:

1. According to our office records, Morillo is indebted to the United States for the principal amount of $130,823.18; plus $1,075.27 accrued interest at the rate of 4.0 percent; plus costs. The total balance as of September 27, 2004 is $131,898.45.

2. The submitted affidavit of Nancy M. Rojas, Paralegal for the United States Attorney's Office Financial Litigation Unit, Boston, Massachusetts, establishes Morillo's failure to plead to the complaint.

WHEREFORE, the United States moves this Court to enter a default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against Morillo for failing to plead to, or otherwise defend, the complaint in the above captioned action.

    Respectfully submitted,

    UNITED STATES OF AMERICA
    By its attorneys

    MICHAEL J. SULLIVAN
    United States Attorney

By:

    /s/ Christopher R. Donato
    CHRISTOPHER R. DONATO
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3288

Dated: September 28, 2004

## CERTIFICATE OF SERVICE

Suffolk, s.s.                                          Boston, MA

    I hereby certify that on this day, I served a copy of the foregoing by mailing to Juan U. Morillo at 475 Columbia Road, Apt. 5, Dorchester, MA 02125.

    /s/ Christopher R. Donato
    CHRISTOPHER R. DONATO
    Assistant U.S. Attorney