UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,  )
                            )
            Plaintiff,     )
                            )
        v.             )     Court No. 04-11214-PBS
                            )
JUAN U. MORILLO,       )
                            )
        Defendant.   )

## UNITED STATES' MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, moves this Court to enter judgment by default against the defendant, Juan U. Morillo (hereinafter "Morillo"), for failing to plead to, or otherwise defend, the complaint for the above captioned action.

In support, the United States says:

1.      According to our office records, Morillo is indebted to the United States for the principal amount of $130,823.18; plus $3,377.19 accrued interest at the rate of 4 percent; plus costs.  The total balance as of October 15, 2004 was $134,200.37.

2.      The submitted affidavit of Nancy M. Rojas, Paralegal for the United States Attorney's Office Financial Litigation Unit, Boston, Massachusetts, establishes that the United States is entitled to recover judgment on default.

WHEREFORE, the United States requests this Court to enter a default judgment against

Morillo in the sum of $134,200.37; plus interest from the date of judgment at the legal interest

rate, computed daily and compounded annually until paid in full; plus costs for this action,

including a $150.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).


Respectfully submitted,
UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:           __/s/ Christopher R. Donato___
                CHRISTOPHER R. DONATO
                Assistant U.S. Attorney
                1 Courthouse Way, Suite 9200
                Boston, MA 02210
                (617) 748-3303

Dated: October 18, 2004


## CERTIFICATE OF SERVICE

Suffolk, s.s.                                      Boston, MA

I hereby certify that on this day, October 18, 2004, I served a copy of the foregoing by
mailing to Juan U. Morillo at 475 Columbia Road, Apt. 5, Dorchester, MA 02125.


                __/s/ Christopher R. Donato_____
                CHRISTOPHER R. DONATO
                Assistant U.S. Attorney